THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
            *v.* HENRY EVERSMAN, Appellant.

*Crimes — rape in first degree — judgment of conviction affirmed.*

*People* v. *Eversman*, 206 App. Div. 604, affirmed.

(Submitted June 2, 1924; decided July 5, 1924.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered March 2, 1923, which affirmed a judgment of
the Court of General Sessions of the Peace in the county
of New York, rendered upon a verdict convicting the
defendant of the crime of rape in the first degree.

*Charles W. Gould* for appellant.

*Joab H. Banton, District Attorney (Robert D. Petty*
of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.